UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GOVERNOR JESSE VENTURA, a/k/a James G. Janos, individually,<br><br>    Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, Secretary of the Department of Homeland Security, *et al.*,<br><br>    Defendants. | No. 11-cv-00174(SRN/AJB) |

## **MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendants move the Court for an order dismissing this action.

This motion is based on the Complaint, Declaration of Lee R. Kair, Declaration of Ana H. Voss with attached exhibit, and the entire record of proceedings herein. A memorandum of law and a proposed order are also submitted herewith.

(Signature Page to Follow)

Dated: March 28, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　TONY WEST
　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　B. TODD JONES
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　SANDRA M. SCHRAIBMAN
　　　　　　　　　　　　　　　　　　　Assistant Branch Director
　　　　　　　　　　　　　　　　　　　Civil Division, Federal Program Branch

　　　　　　　　　　　　　　　　　　　s/ Ana H. Voss
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　By:  TAMARA L. ULRICH
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　P.O. Box 883
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　 (202) 305-1432 (telephone)
　　　　　　　　　　　　　　　　　　　 (202) 616-8470 (fax)
　　　　　　　　　　　　　　　　　　　Tamara.Ulrich@usdoj.gov

　　　　　　　　　　　　　　　　　　　Ana H. Voss
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　Attorney ID Number 483656DC
　　　　　　　　　　　　　　　　　　　600 U.S. Courthouse
　　　　　　　　　　　　　　　　　　　300 S. Fourth Street
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　E-mail: ana.voss@usdoj.gov
　　　　　　　　　　　　　　　　　　　(612) 664-5671