RECEIVED
MAY 16 2011
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

1  Mr. Piero A. Bugoni - Pro Se
   160 W Camino Real #191
2  Boca Raton FL 33432

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF MINNESOTA

| American Travelers, A Plaintiff Class | ) | CASE No.: **11-CV-00174-SRN** |
|---|---|---|
| INTERVENOR ex rel Jesse Ventura | ) ) ) ) ) | **MOTION TO INTERVENE** **PER FRCP Rule 24** |
| PLAINTIFF vs Janet Napolitano et al. | ) ) ) ) | |
| DEFENDANTS | ) | |

Class Plaintiff "American Travelers" by and through Filing Movant, Mr. Piero A Bugoni, do hereby Move this Court to intervene as Co-Plaintiffs in this action or in the alternative to incorporate Plaintiff Ventura at his Consent as a member of Plaintiff Class, "American Travelers" and to proceed in this matter as an action by a Class, on the following Grounds:

Per FRCP Rule 24 (a)(1), and 42 U.S.C. § 1983 et seq. Plaintiff Class Parties holds an Unconditional Right to intervene in this matter as a Party Plaintiff to secure the Blessings of Liberty and Protect their Individual Rights to Person, Property, Peace and Dignity, Privacy, Personal Space, and to Be Let Alone.

SCANNED
MAY 16 2011
U.S. DISTRICT COURT MPLS

1  "American Travelers" claim an interest in the transaction that is the subject of this action as
2  the acts of defendants are a matter of Policy and Custom implemented and carried out by
3  defendants. All persons seeking to travel have common claims to Plaintiff Ventura in that:
4  a). TSA Policy and Custom is or can reasonably be presumed to be uniform across federal
5  jurisdiction.
6  b). In addition travelers not using airports now are subject to assault by TSA agents.
7  c). All TSA policy and custom is by order or leave of one person only, Barack H. Obama
8  and  Class Plaintiff seeks a Mandatory Joinder thereof.

10  Filing Plaintiff further notes that Plaintiff Ventura did make a public statement to the effect
11  that this was not a class action and that he was solely seeking individual relief. Plaintiff
12  Class American Travelers responds as follows:

14  Too bad. You got picked. Handle it.

17  Respectfully Submitted This 11 day May 2011.

21  Mr. Piero A. Bugoni
22  Movant for Class Plaintiff American Travelers.

24  Original Plus 1 Copy Mailed to the Court by USPS Mail.
25  Copy Mailed to: Plaintiff Ventura via Attorneys For Plaintiff:
26  Henson & Efron P.A., 220 S. Sixth St. Minneapolis MN 55402
27  On: 12- May 2011
28  By:_____

SUPER POSTAL CENTER
160 W. Camino Real
Boca Raton, FL 33432
www.superpostal.com



$0.88
US POSTAGE
FIRST-CLASS
Commercial Base Price
07190643651
33432
000015887

P. BUGONE
160 W Camino Real
#191
Boca Raton 33432

U.S. District
Court,
Minnesota
300 S. Fourth St.
Minneapolis mn 55415

RECEIVED
BY MAIL
MAY 16 2011
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN