UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Governor Jesse Ventura, a/k/a James G. Janos, idividually,** | Civil No.  11-174 SRN/AJB |
| **Plaintiff,** | |
| v. | **ORDER** |
| **Janet Napolitano, Secretary of the Department of Homeland Security, et al.** | |
| **Defendants.** | |

_____

Mr. Piero A. Bugoni, Pro Se Intervenor, 160 W. Camino Real, #191, Boca Raton FL 33432.

David Bradley Olsen, and Wesley T. Graham, Henson & Efron, PA, 220 South 6th Street, Suite 1800, Minneapolis, MN, for Plaintiff Governor Jesse Ventura, a/k/a James G. Janos.

Ana H. Voss, United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for Defendant Janet Napolitano, et al.

_____

This matter is before the Court on  the Motion to Intervene by American Travelers filed by Piero Bugoni  [Doc. 13].   The government's response to this motion shall be filed on or before June 2, 2011, at which time it will be taken under advisement on the papers submitted.

Dated:  May 19, 2011

 s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge