**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CIVIL MOTION HEARING**

|  |  |  |
|---|---|---|
| Governor Jesse Ventura, a/k/a James G. Janos, Plaintiff, | **COURT MINUTES** BEFORE: Susan Richard Nelson United States Judge Courtroom 7B | |
| v. | Case No: | CV-11-174 SRN/JJG |
| Janet Napolitano, Secretary of the Department of Homeland Security, et al., Defendants. | Date: Court Reporter: Time Commenced: Time Concluded: Time in Court: | July 22, 2011 Ron Moen 9:30 a.m. 10:20 a.m. 50 Minutes |

**APPEARANCES:**

　For Plaintiff:       David Bradley Olsen
　For Defendants:   Ana H. Voss, Tamera Ulrich

**PROCEEDINGS:**

☒ **Oral Argument Hearing**

Defendants' Motion to Dismiss For Lack of Jurisdiction [Doc. 7].

**DISPOSITIONS:**

The motion [Doc. 7] was submitted, argued and taken under advisement.

☒ Order to be issued

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Janet Midtbo
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Calendar Clerk